1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

JOHN DOE,

11

Plaintiff,

v.

12

UNITED STATES OF AMERICA, et al.,

13

Defendants.

14

CASE NO. 2:25-CV-2350-RAJ-DWC

ORDER DENYING MOTION FOR
COUNSEL

15    The District Court has referred this *Bivens v. Six Unknown Federal Narcotics Agents*, 403

16 U.S. 388 (1971) and Federal Tort Claims Act action filed by Plaintiff John Doe to United States

17 Magistrate Judge David. W. Christel. Presently before the Court is Plaintiff's Motion to Appoint

18 Counsel. Dkt. 4.

19    There is no general right to counsel in civil cases. *See Campbell v. Burt*, 141 F.3d 927,

20 931 (9th Cir. 1998). However, under 28 U.S.C. § 1915(e)(1), the Court may request the

21 voluntary assistance of counsel in "exceptional circumstances." *Agyeman v. Corrections Corp. of

22 Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). Determining whether "exceptional circumstances"

23 exist requires consideration of the plaintiff's likelihood of success on the merits and his ability to

24

ORDER DENYING MOTION FOR COUNSEL - 1

1    articulate his claims given the complexity of the legal issues. *See Weygandt v. Look*, 718 F.2d

2    952, 954 (9th Cir. 1983).

3        In the Motion, Plaintiff states that he is without formal legal education and the interests of

4    justice will be served with the assistance of Court-appointed counsel. Dkt. 4. Plaintiff has not

5    shown, nor does the Court find, this case involves complex facts or law. Plaintiff has also not

6    shown an inability to articulate the factual basis of his claims in a fashion understandable to the

7    Court, nor has he shown he is likely to succeed on the merits of this case. As such, the Court

8    finds Plaintiff has failed to show the appointment of counsel is appropriate at this time.

9    Therefore, Plaintiff's Motion to Appoint Counsel (Dkt. 4) is denied without prejudice.

10       Dated this 16th day of December, 2025.

11

12
                              David W. Christel
13                            United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING MOTION FOR COUNSEL - 2