UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN DOE,

                 Plaintiff,

     v.

UNITED STATES OF AMERICA, et al.,

                 Defendants.

CASE NO. 2:25-CV-2350-RAJ-DWC

ORDER GRANTING MOTION TO
EXTEND ANSWER DEADLINE

This *pro se* prisoner civil right action has been referred to United States Magistrate Judge David W. Christel. Before the Court is a Motion for Extension of Time filed on behalf of Defendants Warden Cooper, Associate Warden M. Bowlin, Unit Manager Chapman, Case Manager Carnahan, and Counselor Pope (hereinafter "Individual Defendants") by Defendant United States of America. Dkt. 13.

According to the United States, the Individual Defendants have sought, but not yet obtained, personal representation by the United States Department of Justice in this action. *Id.* As

ORDER GRANTING MOTION TO EXTEND
ANSWER DEADLINE - 1

final determination on that matter has not been reached, the United States requests an additional 60 days for the Individual Defendants to prepare and file responsive pleadings. *Id.*[1]

For good cause shown, the Court orders the following:

    a.   The Motion for Extension (Dkt. 13) is granted; and

    b.   The deadline for the Individual Defendants to file responsive pleadings is extended until April 21, 2026.

Dated this 10th day of March, 2026.

David W. Christel
United States Magistrate Judge

---

[1] The United States also requests an extension of time to respond to Plaintiff's "Motion for Temporary Release Order and for Preliminary Injunction." Dkt 13 at 2. However, no such motion has been filed on the docket in this case, so this request is denied as moot.

ORDER GRANTING MOTION TO EXTEND
ANSWER DEADLINE - 2