UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN DOE,

               Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

               Defendants.

CASE NO. 2:25-CV-2350-RAJ-DWC

ORDER GRANTING MOTION FOR CLARIFICATION

This matter is before the Court on Defendants' motion for clarification. Dkt. 21. In their Motion, Defendants correctly note Defendant Andrew Cooper was omitted from the Court's June 25, 2026 Report and Recommendation. Dkt. 20. In considering the Motion to Dismiss (Dkt. 17), the Court analyzed the claims against Defendant Cooper, yet inadvertently omitted his name from the final Report and Recommendation. Accordingly, Defendants' motion (Dkt. 21) is granted. An amended Report and Recommendation will be entered correcting this omission.

Dated this 29th day of June, 2026.

David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION FOR
CLARIFICATION - 1