UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN DOE,

                    Plaintiff,

      v.

UNITED STATES OF AMERICA, et al.,

                    Defendants.

CASE NO. 2:25-CV-2350-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The Individual Defendants' Motion to Dismiss (Dkt. 17) is granted. Plaintiff's *Bivens* claim for failure to protect and his §§ 1985 and 1986 conspiracy claims are dismissed with prejudice, and his *Bivens* claim for deliberate indifference to medical needs is dismissed without prejudice to filing that claim in a new, separate action.

    (3)    The Clerk is directed to terminate the following defendants from the docket in this case: M. Bowlin, Carnahan, Chapman, Pope, and Cooper.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4)    The Clerk is further directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 24th day of July, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2